UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JONATHAN TAVAREZ,

                                    Plaintiff,

    -against-

ECKLEY LOGISTICS SYSTEMS INC. and JOHN
or JANE DOE,

                                  Defendants.
-------------------------------------------------------------------------X

Docket No.:

**Notice of Removal**

**TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

PLEASE TAKE NOTICE that, on the February 9, 2022, the defendants, ECKLEY LOGISTICS SYSTEMS INC. filed a Petition for Removal of this action from the Supreme Court, Bronx County, to the United States District Court, Southern District of New York, pursuant to 28 U.S.C.A. 1446(a), a copy of which is annexed hereto as **Exhibit "A"**.

Dated: New York, New York
         February 9, 2022

                                               CAMACHO MAURO MULHOLLAND, LLP

                                               Paola J. Trujillo
                                               Attorneys for Defendants:
                                               Eckley Logistics Systems Inc.
                                               40 Wall Street I 41st Floor
                                               New York, NY 10005
                                               (212) 947-4999

To: (See Affidavit Attached)        Our File No.: UTMY-5161

STATE OF NEW YORK)
COUNTY OF NEW YORK) ss:

Barbara Rosenberg, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Queens County, New York.

That on February 9, 2022, deponent served the within ***Notice of Removal*** upon the attorneys/individuals listed below, at his/her/its addresses which were so designated by said attorneys for said purpose, by E-filing and depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Erik Ikhilov, Esq.
Ikhilov & Associates
2357 Coney Island Avenue
Brooklyn, NY 11223
(718) 336-4999
Attorneys for Plaintiffs

Barbara Rosenberg

Sworn to before me this
9th day of February, 2022

Patricia A. Hutson



Index No.: 817516/2021                                                                                        Year 2021E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---

JONATHAN TAVAREZ,

                                                    Plaintiff,

- against -

ECKLEY LOGISTICS SYSTEMS INC and JOHN OR JANE DOE,

                                                    Defendants.

---

## NOTICE OF REMOVAL

---

**CAMACHO MAURO MULHOLLAND, LLP**
*Attorneys for Defendants*
**Eckley Logistics Systems Inc**
40 Wall Street | 41st Floor
New York, NY 10005
(212) 947-4999
**Our File No.: UTMY-5161-PT**

---

*To:* ****
*Attorneys for:* ****

---

*Service of a copy of the within **** is hereby admitted.*
*Dated:* ****

                                                      ..............................................
                                                      *Attorneys for:* ****

---

*PLEASE TAKE NOTICE*:

☐ Notice of Entry     That the within is a (certified) true copy of a **** entered in the office of the clerk of the within named Court on ****.

☐ Notice of Settlement     That an Order of which the within is a true copy will be presented for settlement to the Hon. ****, one of the judges of the within named Court, at ****, on ****, at ****.

Dated: New York, New York
       ****

**CAMACHO MAURO MULHOLLAND, LLP**
*Attorneys for Defendants*
**Eckley Logistics Systems Inc**
40 Wall Street | 41st Floor
New York, NY 10005